634

390 A.2d 307

Gulf Mortgage and Realty Investments v. Alten et al., Appellants.

Argued March 27, 1978.   Gregory J. Dean, for appellants;   Judith Eichen Fellheimer, with her Fellheimer, Krakower & Eichen, for appellee.

Order affirmed.

390 A.2d 307

Haas, Appellant, v. Blue Cross et al.

Argued March 29, 1978.   Richard J. Orloski, for appellant;   Dennis W. Alexander, with him William S. Hudders, for appellee, Allentown Hospital Association;   J. Jackson Eaton, III, with him William S. Hudders, for appellee, Blue Cross.

Order affirmed.